# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL PAUL TOPOLL, IV, Defendant. | CR 08-15-H-BMM-JTJ **FINDINGS AND RECOMMENDATIONS** |

The United States Probation Office filed a Petition on March 28, 2022, requesting that the Court modify the conditions of Defendant Michael Topoll's supervised release to include location monitoring. (Doc. 61). The government argued that location monitoring was necessary because Topoll had provided inconclusive responses to relevant questions during three consecutive polygraph examinations. (Doc. 61 at 2).

The Court conducted a hearing on the Petition on April 12, 2022. The government presented the testimony of United States Probation Officer Derek Estep. The Court determined that Topoll's supervised release conditions should be amended to include location monitoring.

Accordingly, IT IS RECOMMENDED:

1. The Petition to Modify the Conditions of Supervised Release

(Doc. 61) should be GRANTED.

2. Topoll's supervised release conditions should be amended to include the following new condition:

    a. Topoll shall participate in a radio frequency monitoring program for up to 120 days, as directed by the United States Probation Office. Topoll must pay part or all of the costs of the monitoring program as directed by the probation office.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district judge, and may waive the right to appear and allocute before a district judge.

DATED this 13th day of April, 2022.

*John Johnston*
United States Magistrate Judge

-2-