IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PAUL TOPOLL IV,<br><br>Defendant. | CR 08-15-H-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Michael Paul Topoll IV (Topoll) has been accused of violating the conditions of his supervised release. Topoll admitted all of the alleged violations. Topoll's supervised release should be revoked. Topoll should be placed in custody for 1 month, with a lifetime of supervised release to follow. Topoll should self-report to the Cascade County Detention Center on or before 12:00 p.m. (noon) on August 11, 2023.

## II. Status

Topoll pleaded guilty to Receipt of Child Pornography on October 24, 2008. (Doc. 28). The Court sentenced Topoll to 120 months of custody, followed by a lifetime of supervised release. (Doc. 51). Topoll's current term of supervised

release began on March 23, 2017. (Doc. 81 at 1).

**Petition**

The United States Probation Office filed an Amended Petition on August 2, 2023, requesting that the Court revoke Topoll's supervised release. (Doc. 81). The Amended Petition alleged that Topoll had violated the conditions of his supervised release: 1) by failing to successfully complete his sex offender treatment program on two separate occasions; and 2) by failing to provide a truthful response to an inquiry by his probation officer.

**Initial appearance**

Topoll appeared before the undersigned for his initial appearance on August 8, 2023. Topoll was represented by counsel. Topoll stated that he had read the petition and that he understood the allegations. Topoll waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on August 8, 2023. Topoll admitted that he had violated the conditions of his supervised release: 1) by failing to successfully complete his sex offender treatment program on two separate occasions; and 2) by failing to provide a truthful response to an inquiry by his

2

probation officer. The violations are serious and warrant revocation of Topoll's supervised release.

Topoll's violations are Grade C violations. Topoll's criminal history category is I. Topoll's underlying offense is a Class C felony. Topoll could be incarcerated for up to 24 months. Topoll could be ordered to remain on supervised release for up to life. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Topoll's supervised release should be revoked. Topoll should be incarcerated for 1 month, with a lifetime of supervised release to follow. This sentence is sufficient but not greater than necessary. Topoll should self-report to the Cascade County Detention Center on or before 12:00 p.m. (noon) on August 11, 2023.

### IV. Conclusion

The Court informed Topoll that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Topoll of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Topoll that Judge Morris would consider a timely objection before making a final determination on whether to

revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Michael Paul Topoll IV violated the conditions of his supervised release: by failing to successfully complete his sex offender treatment program on two separate occasions; and by failing to provide a truthful response to an inquiry by his probation officer.

The Court **RECOMMENDS:**

> That the District Court revoke Topoll's supervised release and commit Topoll to the custody of the United States Bureau of Prisons for 1 month, with a lifetime of supervised release to follow. Topoll should self-report to the Cascade County Detention Center on or before 12:00 p.m. (noon) on August 11, 2023.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court

judge.

DATED this 9th day of August, 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge